UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOJO BUSINESS CONSULTING, LLC,

     Plaintiff,                              Case No. 19-cv-13575
                                              Hon. Matthew F. Leitman
v.

REYAD SALAHALDEEN, *et al.*,

     Defendants.

_____/

## **ORDER ON PENDING MOTIONS (ECF Nos. 20, 22, 23, 24, & 29)**

On August 3, 2020, the Court held an on-the-record video hearing on the pending motions in this case (ECF Nos. 20, 22, 23, 24, & 29). For the reasons stated on the record:

- Plaintiff's Motion for Default Judgment (ECF No. 20) is **GRANTED** with respect to Defendant ARS Holdings International LLC and Defendant BioConfirm Laboratory USA LLC. The motion is **DENIED** with respect to Defendant Reyad Atallah Salahaldeen.

- Salahaldeen's Motion to Set Aside Default (ECF No. 22) is **GRANTED**.

- Salahaldeen's Motion to Dismiss (ECF No. 23) is **DENIED**.

- Plaintiff's Motion to Strike Salahaldeen's Motion to Dismiss (ECF No. 24) is **GRANTED**.

- Salahaldeen's Motion for Sanctions (ECF No. 29) is **DENIED**.

1

As further stated on the record, by not later than **AUGUST 24, 2020**, Salahaldeen shall answer or otherwise respond to Plaintiff's Amended Complaint (ECF No. 6). If Salahaldeen responds to the Amended Complaint by filing a motion to dismiss and/or transfer, then Plaintiff shall have **21 DAYS** to respond to the motion.

      **IT IS SO ORDERED**.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: August 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2020, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764