UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOJO BUSINESS CONSULTING, LLC,

    Plaintiff,

v.

    Case No. 19-cv-13575
    Hon. Matthew F. Leitman

REYAD SALAHALDEEN, et al.,

    Defendants.
_____/

## ORDER AND DEFAULT JUDGMENT

On August 3, 2020, this Court granted Plaintiff's Motion for Default Judgment against Defendants ARS Holdings International LLC and BioConfirm Laboratory USA LLC, on the grounds that the Defendants failed to appear or defend the Complaint of Plaintiff (ECF No. 33).

**IT IS ORDERED** that default judgment is entered in favor of Plaintiff JoJo Business Consulting LLC, and against Defendants ARS Holdings International LLC and BioConfirm Laboratory USA LLC, jointly and severally, in the amount of **$347,200.00.**

This Order does not close this case.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: August 13, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
